UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
AVRAHAM GOLDSTEIN, :
: 
                        Plaintiff, :         25-CV-00475 (JAV)
: 
     -v- :         <u>ORDER</u>
: 
CITY UNIVERSITY OF NEW YORK, et al., :
: 
                        Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On June 23, 2025, Defendants City University of New York ("CUNY"), Borough of Manhattan Community College ("BMCC") filed a Motion to Dismiss the First Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 32. On July 31, 2025, Plaintiff filed a Second Amended Complaint. ECF No. 41. On October 30, 2025, Defendants CUNY, BMCC, Theresa B. Wade, Odelia Levy, Saly Abd Alla, and Felix V. Matos Rodriguez (collectively "Defendants") filed a Motion to Dismiss the Second Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 83. On October 31, 2025, the Court denied Defendants' previously filed Motion to Dismiss the First Amended Complaint as moot. ECF No. 85.

      On October 30, 2025, Defendant Nadia A. Saleh, filed a Motion to Dismiss under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 82.

      On November 7, 2025, Plaintiff filed a motion seeking an extension of time to the deadline for Plaintiff to "notify the court whether Plaintiff intends to amend the complaint or stand on the pleadings in accordance with [this Court's] Individual Rule 5.I." ECF No. 87. Plaintiff's request for an extension of time is **GRANTED**, nunc pro tunc.

      Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **November 20, 2025**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

      If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by **December 1, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motions to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to

dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion to dismiss by **December 1, 2025**. Defendants' reply, if any, shall be filed by **December 8, 2025.**

The Clerk of Court is directed to terminate ECF No. 87.

SO ORDERED.

Dated: November 12, 2025  
       New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge