**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AVRAHAM GOLDSTEIN,

Plaintiff,

-against-

25 **CIVIL** 475 (JAV)

**JUDGMENT**

CITY UNIVERSITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 27, 2026, the motions to dismiss are GRANTED. Plaintiff's federal and state claims based upon the content of the Palestinian Solidarity Series and the April 2023 petition are dismissed with prejudice against all Defendants. The Title VII claims and the Section 1983 claims are likewise dismissed with prejudice. The remaining NYCHRL and NYSHRL claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

August 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**